**FILED**

AUG 27 2018

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

GALILEA, LLC and TAUNIA
KITTLER,

                Plaintiffs,

vs.

PANTAENIUS AMERICA LIMITED,
ANDREA M. GIACOMAZZA, AGCS
MARINE INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE
COMPANY, and TORUS
INSURANCE COMPANY,

                Defendants.

No. CV-18-37-BU-SEH

**ORDER**

Before the Court are Insured Defendants' and Defendant Pantaenius

America Limited's unopposed motions for change of divisional venue from the

Butte Division to the Billings Division.[1] Insurer Defendants and Defendant

Pantaenius America Limited have also moved to dismiss, compel arbitration,

---

[1] Docs. 2 and 6.

and/or stay the action.[2] Plaintiffs do not oppose the change of venue motions. The other motions are opposed.[3]

ORDERED:

1.      The Unopposed Motions to Change Venue to Billings Division are GRANTED.

2.      No action is taken on Defendants' Opposed Motions to Dismiss, Compel Arbitration, and/or Stay the Action.

3.      The Clerk is directed to transfer this case to the Billings Division.

DATED this _27th_ day of August, 2018.

SAM E. HADDON
United States District Judge

---

[2] Docs. 2 and 6.

[3] Docs. 2 and 6.