IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GALILEA, LLC and TAUNIA KITTLER,<br><br>                  Plaintiffs,<br><br>vs.<br><br>PANTAENIUS AMERICAN LIMITED, ANDREA M. GIACOMAZZA, AGCS MARINE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, and TORUS INSURANCE COMPANY,<br><br>                  Defendants. | CV 18-131-BLG-SPW-TJC<br><br>**ORDER** |

      Defendants move for the admission of Brian P. R. Eisenhower to practice before this Court in this case with Gerry P. Fagan to act as local counsel. Mr. Eisenhower's application appears to be in order.

      Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Brian Eisenhower pro hac vice is GRANTED on the condition that Mr. Eisenhower shall do his own work. This means that Mr. Eisenhower must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the

Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Eisenhower may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Eisenhower

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Eisenhower, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 11th day of September, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge