Gerry P. Fagan
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com

Brian P. R. Eisenhower *(pro hac vice)*
HILL RIVKINS LLP
45 Broadway, Suite 1500
New York, New York 10006
Telephone: (212) 669-0600
beisenhower@hillrivkins.com

Attorneys for Defendants Pantaenius America Limited, AGCS Marine Insurance Company, Liberty Mutual Insurance Company, and Torus National Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GALILEA, LLC and TAUNIA KITTLER,<br><br>Plaintiffs,<br><br>-vs-<br><br>PANTAENIUS AMERICA LIMITED, ANDREA M. GIACOMAZZA, AGCS MARINE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, and TORUS INSURANCE COMPANY,<br><br>Defendants. | Case 1:18-cv-00131-SPW-TJC<br><br>**BRIAN P. R. EISENHOWER'S ACKNOWLEDGMENT OF ADMISSION *PRO HAC VICE*** |

Pursuant to the Court's Order in the above-captioned matter dated September 11, 2018 [Doc. 15], granting Defendants Pantaenius America Limited, AGCS Marine Insurance Company, Liberty Mutual Insurance Company, and Torus National Insurance Company's Unopposed Motion for Admission *Pro Hac Vice* of Brian P. R. Eisenhower, the undersigned hereby acknowledges such admission subject to the terms set forth in the Court's Order, which require the undersigned to do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Further, in accordance with the Court's Order, the undersigned has registered with the Court's electronic filing system.

**DATED** this 13th day of September, 2018.

> HILL RIVKINS LLP
>
> By: /s/ Brian P. R. Eisenhower
> BRIAN P. R. EISENHOWER,
> *pro hac vice*
>
> *Attorneys for Defendants Pantaenius America Limited, AGCS Marine Insurance Company, Liberty Mutual Insurance Company, and Torus National Insurance Company*