FILED
12/30/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GALILEA, LLC and TAUNIA KITTLER,<br><br>          Plaintiffs,<br><br>vs.<br><br>PANTAENIUS AMERICAN LIMITED ANDREA M. GIACOMAZZA, AGCS MARINE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, and TORUS INSURANCE COMPANY,<br><br>          Defendants. | CV 18-131-BLG-SPW-TJC<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

On August 26, 2019 the Court stayed this action pending the outcome of the Petition to Vacate the Arbitration Award in the Southern District of New York. (Doc. 43.) On December 30, 2019, Defendants filed a Status Report indicating the Southern District of New York had denied the Petition and granted the Cross-Petition to Confirm the Arbitration Award. (Doc. 44.)

Accordingly, a telephonic Status Conference shall be held on **January 6, 2020 at 11:00 a.m.** before Magistrate Judge Timothy J. Cavan. Lead trial counsel for the respective parties are required to participate in the conference. Counsel shall use the Court's conferencing system:

1

a. Dial 1-877-848-7030

b. Enter Access Code 5492555 #

**IT IS ORDERED**.

DATED this 30th day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge