IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GALILEA, LLC and TAUNIA KITTLER,<br><br>          Plaintiffs,<br><br>vs.<br><br>PANTAENIUS AMERICAN LIMITED ANDREA M. GIACOMAZZA, AGCS MARINE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, and TORUS INSURANCE COMPANY,<br><br>          Defendants. | CV 18-131-BLG-SPW-TJC<br><br>**ORDER** |

    On August 26, 2019, the Court stayed this action pending the outcome of the Petition to Vacate the Arbitration Award in the Southern District of New York, and any subsequent arbitration proceedings that may occur. (Doc. 43.) Presently before the Court is Defendants' unopposed motion to lift the stay on the basis that the proceedings in the Southern District of New York have concluded. (Doc. 48.) Accordingly, IT IS HEREBY ORDERED that the stay of this action is lifted.

    **IT IS ORDERED**.

    DATED this 25th day of September, 2020.

                                                                _____
                                                                TIMOTHY J. CAVAN
                                                                United States Magistrate Judge

1