UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GALILEA, LLC ARIA TAUNIA KITTLER,<br><br>      Plaintiff,<br><br>vs.<br><br>PANTAENIUS AMERICAN LIMITED, ANDREA M. GIACOMAZZA, AGCS MARINE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, AND TORUS INSURANCE COMPANY,<br>      Defendants. | Case No. CV-18-131-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    **JUDGMENT IN FAVOR OF DEFENDANTS AGAINST PLAINTIFFS**
  (*ORDERED that the Insurer Defendants' Motion for Summary Judgment (Doc. 51) and Pantaenius' Motion for Summary Judgment (Doc. 52) be GRANTED*)

  Dated this 1st day of June, 2021.

            TYLER P. GILMAN, CLERK

            By: /s/ A. Carrillo
            A. Carrillo, Deputy Clerk